**LR LAW FIRM**
Leon Tao, Esq. (SBN 330099)
ltao@lnrlawyers.com
3435 Wilshire Blvd. STE 1400
Los Angeles, CA 90010
Telephone:   (888) 504-5341
Facsimile:    (323) 530-1853
E-mail:         ltao@lnrlawyers.com

Attorneys for Plaintiff,
**JUNJIE YU**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNJIE YU, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MERCEDES-BENZ, USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:23-cv-02456-DJC-KJN <br> Unlimited Jurisdiction <br><br> ORDER RE: PLAINTIFF'S VOLUNTARY DISMISSAL OF ACTION **WITHOUT** PREJUDICE; |

ORDER

## ORDER

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed without prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   February 26, 2024                    /s/ Daniel J. Calabretta
                                                                THE HONORABLE DANIEL J. CALABRETTA
                                                                UNITED STATES DISTRICT JUDGE